# Order

Michigan Supreme Court
Lansing, Michigan

May 8, 2020

160638

DEPARTMENT OF TALENT & ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
        Appellee,

v

GREAT OAKS COUNTRY CLUB, INC.,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160638
COA: 343846
Oakland CC: 2017-162608-AE

On order of the Court, the application for leave to appeal the September 12, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals correctly determined that it could not satisfy MCL 421.13m(2)(a)(i)(A) by reporting no employees or no payroll for the eight quarters before January 1, 2014. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Labor Law and Business Law Sections of the State Bar of Michigan, the Michigan Chamber of Commerce, the Employers Association of West Michigan, and the Small Business Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



Clerk

s0505